IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LOUIS CAPOBIANCO | : | CIVIL ACTION |
| v. | : | No. 13-3036 |
| CAROLYN COLVIN | : | |

## ORDER

AND NOW, this 24th day of June, 2014, upon consideration of Plaintiff Christopher Louis Capobianco's brief and statement of issues in support of his request for review, Defendant's response thereto, and Capobianco's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 12) is APPROVED and ADOPTED;

2. Capobianco's request for review is DENIED; and

3. Judgment is entered in favor of the Commissioner.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on May 30, 2014, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service thereof. See Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.